**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| Debra Davis Bolen, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 9:20-3949-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Kilolo Kijakazi, Acting Commissioner | ) | |
| of the Social Security Admnistration, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on July 20, 2022, recommending that the decision of the Commissioner be reversed and remanded to the agency because the decision of the Administrative Law Judge ("ALJ") failed to adequately consider and explain the combined effects of Plaintiff's physical and mental impairments. (Dkt. No. 16 at 6-10). The Commissioner has advised the Court she does not intend to file an objection to the R & R. (Dkt. No. 17).

The Court finds that the Magistrate Judge ably addressed the factual and legal issues in this appeal and correctly determined that the ALJ's decision failed to adequately address and explain the combined effects of Plaintiff's multiple mental and physical impairments. The Court

-1-

**ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

**AND IT IS SO ORDERED**.


s/ Richard M. Gergel
Richard M. Gergel
United States District Judge


August 1, 2022
Charleston, South Carolina